IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80254 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

In the Matter of David Joseph Carriere - #178002

_____/

    Because David Joseph Carriere has failed to respond to the order to show cause, Mr. Carriere's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:  January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE